■ In the Matter of Keith Agard, Petitioner, v Renee A. White et al., Respondents. [919 NYS2d 458]—

Concur—Andrias, J.P., Saxe, Friedman, Moskow-
itz and Richter, JJ.